IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hernandez, Felix R

Printed: 12/16/08

Case Number: 08 B 12689
Judge: Hollis, Pamela S

Filed: 5/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 3, 2008
Confirmed: September 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 934.00 |
| Trustee Fee: |  | 66.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,974.00 | 934.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 200.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 10,462.00 | 0.00 |
| 5. | Ocwen Loan Servicing LLC | Secured | 39,138.61 | 0.00 |
| 6. | Andrew Lee | Secured | 64,000.00 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 6,805.36 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 4,519.99 | 0.00 |
| 9. | Ocwen Loan Servicing LLC | Secured |  | No Claim Filed |
| 10. | America's Servicing Co | Secured |  | No Claim Filed |
| 11. | West Asset Management | Unsecured |  | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 13. | GC Services | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 128,099.96 | $ 934.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 66.00 |
|  | $ 66.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Hernandez, Felix R | Case Number:  08 B 12689 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/16/08 | Filed:  5/19/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

